EXHIBIT B



# SUBMISSION TO HONDA MOTOR COMPANY FOR THE MOTORCARS HONDA BUY/SELL

PREPARED BY FOUNDATION AUTOMOTIVE CORP.

2018-12-18

**ATTENTION:**

**GARY RUSSO**
Zone Manager, Sales
Honda Motor Company

**BOB RINGO**
Assistant Zone Manager, Market Rep Dept.
Honda Motor Company

Dear Gary Russo and Bob Ringo,

Foundation Automotive is requesting your approval of our purchase of Motorcars Honda. We have a deep passion for the brand, and a clear understanding of the requirements you place on your Retailer. Our group has a strong position to represent you well; and, we will demonstrate this on the following pages.

The entrepreneurial history of our company has depth in multiple industries. Our history began with a single dealership in British Columbia, Canada. Our business model is rooted in this history, and our approach empowers dealership management with strong local market passion. We believe in digging deeply into the very fibre of the community it serves. Additionally, our business model provides experienced General Managers with the resources they need to develop fertile ground.

We present a strong Dealer Principal on the pages that follow. We know the candidate well, and he possesses the required skill set and dedication to have measurable success in this dealership. The candidate has the ability to harness all available market share, while being laser-focused on excellence. He has shown great leadership, and will leave an indelible mark on the community he proudly serves.

By approving us for this purchase, we guarantee that you will have our focus and our expertise. We promise to dedicate all of the resources required to live up to both our high standards, and the performance expectations of Honda Motor Company. We are committed to reinvest capital in facility enhancements, people development and inventory expansion. We also come equipped with steady capital and the strategic and operational support required to optimize processes and efficiencies, where required.

I am 100% focused on building Foundation Automotive Corp. and the excellent brands we represent. My team and I are committed to a seamless transition, and are dedicated to growing Motorcars Honda market share in Cleveland Heights, Ohio.

Thank you for your consideration. We look forward to sharing our passion in person.

Yours truly,

**Kevin Kutschinski**
President & CEO
Foundation Automotive Corp.


THE
IDEAL CANDIDATE

## KENNETH **BANKS**
DEALER PRINCIPAL

With 10+ years of industry experience, varying from Sales Director to General Manager, Mr. Kenneth Banks is our nomination as the new Dealer Principal of Foundation Honda Cleveland.

As the current General Manager of Levittown Ford, Ken is the correct choice to lead the dealership. Through his vision and leadership, he successfully turned Levittown into the number one Ford store in Long Island, in the first month. Dealerships lead by Ken utilize his forward-thinking process development to achieve success. Ken is an award-winning trailblazer, being the recipient of the Automotive News 40 under 40 Award in 2017.

Ken's many years of experience have made him an expert in Automotive Operations and Process Development, which have excelled his dealerships to record setting profits. Ken contributes insightful, change-driven decision-making strategies to rise above challenges and attain profitable outcomes. Success, to Ken, is when he is able to create an environment where process development is used to create an experience for the customer in which the process of buying a car is fun. Ken leads his team to the top by example, with ethics and integrity.

In addition to being passionate about the automotive business, Ken has a passion for being a part of the communities he lives in. Ken regularly speaks to underprivileged youth, and 10 years ago Ken started a fundraiser called "Do Something Bigger" that collects donations for local charities.

Ken will carry your enterprise flag with respect, pride, and a strong passion for achieving superior results in a very competitive environment.



# KENNETH BANKS

## HIGHLY REGARDED

*"Ken Banks is a dynamic leader that developed processes that drove sales. It was a pleasure when I had the opportunity to visit his store. He made a real difference and impacted sales"*

-Paula Wells, Nissan North American

*"I was so impressed, he is one of the best process guys I've ever seen. His attitude, enthusiasm, and energy remind me of myself at his age, he just gets it done."*

-Mike Shaw, Time Dealer of the Year

*"Ken Banks was a pleasure to partner with at Sterling McCall Lexus. He always had an optimistic view of the opportunity and whenever I layed his sales goal out he replied each time "Lay-up". I would recommend Ken for any leadership opportunity. He is a highly energetic go getter"*

-Robert Bolden, Lexus Southern Area




THE
PERFECT PARTNER
"GROWTH IS NEVER BY MERE CHANCE; IT IS THE RESULT OF FORCES WORKING TOGETHER."
– JAMES CASH PENNEY

IN SELECTING FOUNDATION AUTOMOTIVE, YOU GAIN A VERY PASSIONATE PARTNER WHO RELISHES THE PRODUCT EXPERIENCE AND MAKES IT THE CENTERPIECE OF THE DEALERSHIP.

**Embodied by a decentralized business model, Foundation Automotive brings the following, as part of our standard equipment:**

1. The independent authority to enable our Managing Partner to lead their respective teams and generate close community relationships, while delivering on all OEM objectives.

2. Strategic operational support focused on process improvement and efficiency.

3. Support for our dealership through reduced administrative time spent dealing with issues that take our Dealer Principal away from market share gains; and, our commitment to always deliver the very best guest experience.

4. The resources necessary to support not only OEM standards, but also the expectations of our guests. We commit to always invest in our store to capitalize on growth and customer satisfaction opportunities.

5. Recruiting of best-in-class talent. We will spare no expense to invest, train and mentor those that work for us.

6. Rigour in our approach to create, track and execute operational and marketing-focused plans to deliver best-in-class sales and service experiences.

7. A commitment to align with, and support, the Honda brand we proudly represent.

## FOUNDATION AUTOMOTIVE CORP.

LEAD BY KEVIN KUTSCHINSKI AS PRESIDENT & CEO, THE MANAGEMENT TEAM OF FOUNDATION AUTOMOTIVE INCLUDES A STRATEGIC MIX OF EXPERIENCED DEALERSHIP OPERATIONS SPECIALISTS, COMPLEMENTED BY A TEAM OF ANALYTICAL PROFESSIONALS.





## KEVIN **KUTSCHINSKI**

PRESIDENT & CEO

Kevin's passion for the automotive industry started with ownership of a series of successful dealerships, including his first General Motors dealership in Northern British Columbia. Kevin learned the importance of being community-focused to enable his dealership's success in communities like Cleveland Heights.

Kevin's sharp business acumen means he recognizes the impact each detail has on a business' success. From a small line item sale or a simple repair, to multiple vehicle purchases, each component plays a vital role in the larger picture. Kevin empowers every department to make immediate, thoughtful improvements through meticulous daily analysis of each of these customer touch-points. His quick and detailed response is the cornerstone to operating the business, and the reason customers continued to return. As a result, Kevin's General Motors store in Dawson Creek, Canada earned a place as the number one dealer, in the number one Dealership Performance 20 Group in North America, with Performance Incorporated.

Kevin is a successful entrepreneur – with expertise in investment banking, oil and gas, and property development. To this day, he is committed to the same approach he perfected in Dawson Creek – to be community-focused; and, through daily analysis and refined sales processes, deliver best-in-class customer experiences.

## CHUCK **KRAMER**

COO

As COO for the company, Chuck brings 30+ years of experience providing strategic leadership to a variety of manufacturer dealerships in the Houston, Texas area. Chuck's passion for the industry runs deep, carrying a wealth of experience gained by working with an array of OEM's including Ford, GMC, Chevrolet, Cadillac, FCA, Subaru, Hyundai, Mazda, Kia and Mitsubishi.

Chuck has an excellent reputation for both long and short term turnaround success. As the Managing Partner at Planet Ford Chuck led the dealership from -$1.7MM of profit in 2007, to earning $8.9M profit in 2016. He won more customer service awards than any Ford dealership in the USA from 2012 to 2017. Chuck elevated the dealerships national ranking to Top 50 in 2016, up from 150th in 2008, and ranked #1 in the entire Central Market by Service Customers in 2014. As the General Manager at 5 Star Ford he doubled profit in one month's time by implementing sales and customer service procedural improvements, and increased sales and CSI by 10 points in 45 days by adding proper processes & procedures.

## DEREK **SLEMKO**

CFO

As CFO (CA) for the company, Derek brings an impressive track record offering 18-years experience in various finance and executive level roles. He is a capable decision maker with management experience, practical technical knowledge, and skills across all functions of finance, valuation and accounting.

He has a proven track record of executing multiple public and private equity and debt financing transactions. Derek has sourced, negotiated, structured and executed multiple acquisitions and mergers, ranging in size from $4 million to nearly $400 million. He has managed operations, overseeing 58 employees and over 50 investments funds, as COO of a publicly traded investment fund manager. Derek has also experience operating within multiple regulatory frameworks such as the TSX, the OSC, IIROC and CRA.

## MIKE **MCMEEKEN**

VICE PRESIDENT, FINANCE

As Vice President Finance for Foundation Automotive Corp., Mike's roles involve sourcing, analyzing, evaluating, and negotiating dealership acquisitions, along with improving operations of owned dealerships through the use of data analytics.

Prior to being a founding member of Foundation Auto, Mike spent five years in an equity analyst role covering Small Cap and Junior Oil & Gas industries, for a boutique investment bank in Calgary. This role provided Mike a wealth of experience and knowledge in business valuation and analytics, and is the cornerstone for principals used in seeking out and acquiring profitable dealerships with measurable upside opportunities.

## SAMANTHA **WRIGHT**

ANALYST

With a passion for numbers that grew from earning her Bachelor of Business Administration focused in Financial Analysis at Mount Royal University, Samantha is an Analyst at Foundation Automotive; and, is currently pursuing her designation as a CFA Level II candidate.

# KEVIN KUTSCHINSKI

## WELL REGARDED IN THE COMMUNITY



**City of Dawson Creek**
Box 150, Dawson Creek, BC V1G 4G4

**Office of the Mayor**
Tel: (250) 784-3616
Fax: (250) 782-3203

February 6, 2018

Attn: Kevin Kutschinski

Dear Kevin:

It is so good to hear from you and I am pleased to offer this letter of introduction for your use.

I have known Kevin for 15-20 years as a local businessperson in Dawson Creek through the various businesses owned and operated by Kevin. I primarily dealt with Kevin through his ownership of Browns Chevrolet in Dawson Creek. Kevin was extremely well known and respected in our community and was active in building the reputation of Browns as a local business that cared about our community. Browns Chevrolet were always involved in those initiatives that helped build and supported sports, entertainment, arts and culture which enhanced the overall quality of life for our residents. Browns demonstrated this in supporting all of the initiatives that helped those organizations that were involved as charities and supporting public good.

I was impressed by Kevin's ongoing commitment and willingness to step up and provide that much needed support, with either financial or resources for the betterment of the community. One of the lasting legacies that Kevin provided was through the effective succession of senior people within his dealership that allowed for a seamless and positive transition to the new ownership of Browns Chevrolet. Browns has continued to demonstrate that strong support to community that helps us all succeed in building a community with a strong quality of life which I feel is a direct result of Kevin's vision and leadership.

I want to wish you the very best and hope our paths cross again in the near future.

Sincerely,

Dale Bumstead
Mayor

*"Excellence in Service and Leadership"*
www.dawsoncreek.ca

---

November 21, 2017

To: Whom it may concern

Subject: Kevin Kutschinski

Kevin Kutschinski's progression comes as no surprise. It has been a source of joy observing Kevin's advancement since I met him 25 years ago when he was a young general manager at a dealership ...the youngest I had ever met that wasn't one of the owner's children.

Within three years Kevin had led his team to build and relocate into a cutting-edge facility, (the first of its kind in the country), increased sales volume and significantly enhanced profits. It was a wonder seeing such a young man with the maturity, confidence and judgement to accomplish what many older, more experienced men often struggled with.

Kevin has continued to succeed throughout his career by anticipating changes in the business climate and acting quickly to capitalize upon profitable opportunities both inside and outside of the automotive industry. He has an ability to bring together and motivate the right people in his ventures. Rare among Kevin's peers is his approachability; he is generous with his time and willing to be helpful to others even when there is not a direct benefit to himself.

Marc Rosario Rachiele
Former Manager, General Motors of Canada Ltd. & GM Overseas Development Corporation - Europe (Retired)

# KEVIN KUTSCHINSKI

## WELL REGARDED IN THE COMMUNITY

**From:** "Blair Lekstrom"
**Subject: from Blair**
**Date:** February 6, 2018 at 9:39:29 AM MST
**To:** <kevink@foundationauto.com>

To whom it may concern,

I have had the privilege of knowing and working with Mr. Kutschinski for over 20 years and have not only enjoyed the opportunity, but also learned a great deal about Kevin. He is a very committed businessman and ensures that every dealing he has with an individual or a corporation is dealt with in a manner that exemplifies the highest of professional standards. Kevin was not only a respected businessman in Dawson Creek but was also recognized for his commitment and involvement in the community.

I personally have had the honour of serving British Columbia as an elected Member of the Legislative Assembly and during that time I served as Minister of Community Development, Minister of Energy Mines and Petroleum Resources and Minister of Transportation and Infrastructure. During my tenure as an elected official there were many times that I had the opportunity to discuss provincial issues with Mr. Kutschinski and he was an individual who always engaged in the topic at hand and offered his productive thoughts.

I am proud to be able to provide this letter recognizing Kevin for his strong reputation as a man who pursues life with the greatest of professionalism and high integrity. Please feel free to contact me at 250-784-5022 if I can be of any further assistance.

Yours Truly,

**Blair Lekstrom**




WE UNDERSTAND
THE MARKET

OPPORTUNITY #1:

## INVENTORY MANAGEMENT

Having the most optimal inventory on the lot attracts increased traffic and will improve new retail sales potential. As a result of increased sales, trade-in volumes should increase commensurately, coupled with our successful pre-owned retailing process will lead to improved certified used vehicle sales and OEM parts sales (to recondition trade-ins). Not only will sales increase, but in conjunction with a well managed days inventory on hand analysis by model and equipment, interest cost savings will become prominent and allow us to appropriately reinvest positive earnings.

OPPORTUNITY #2:

## WARRANTY PARTS

The Honda dealership has implemented a new warranty parts platform, that organizes a stream-lined warranty parts system to reduce over purchasing and improves timeliness of repairs. To date, this system has been successful but has not achieved its full potential within the dealership (implemented in early 2018). We estimate that this new platform could generate further savings of over $200,000 per year in gross profit once fully implemented.

OPPORTUNITY #3:

## SERVICE DEPARTMENT

The Honda dealership recently finished its express service assembly line, which has the potential to put through 60,000 express services per year (includes: oil change, tire inspection, 50-point inspection). It is only currently processing ~10,000 per year (annualized), implying significant upside once the process gets fully optimized.

Longer term, the Service department will benefit from the proposed changes that will be undertaken at the dealership (e.g. increased advertising, expanded inventory levels, increased new & used sales volumes), which will inevitably increase the number of repair orders coming through the department.

WE KNOW THIS MARKET WELL, AND IN STUDYING THE FINANCIALS, WE SEE OPPORTUNITIES FOR GROWTH.



OPPORTUNITY #4:

## ADVERTISING & MARKETING

We value the impact of efficient marketing across all model lines and departments, that is up to date and utilizes media trends. Targeting the right consumer through social, digital, grass roots and traditional advertising outlets with an analysis on return will achieve this. We will address all facets of the customer buying cycles in all advertising and marketing. Keeping on top of advertising trends, we use cutting edge digital marketing to maximize marketing efficiency and we will aggressively invest the majority of our marketing and advertising budget into digital marketing.

We have on our side a proven marketing strategy that works to target consumers effectively. Our strategy is continuously monitored in order to ensure efficiency fiscally, as well as through guest satisfaction. We invest in marketing data analytics as a valuable tool that has proven success, enhancing search engine optimization and tracking every point leading to the transaction. Our marketing strategy continuously improves while maximizing every dollar spent on the process.

Our marketing in action sells the right vehicle to the right consumer, while optimizing the overall advertising expense used to achieve each sale. However, we will not stop with just the variable operations marketing analysis; we will begin a Fixed Operations campaign that will market to every customer at every level of the customer lifecycle to ensure customer retention and increase light maintenance sales.




OPPORTUNITY #5:

## PEOPLE

Our impact in the local and surrounding communities matters from both an internal and external perspective. This begins with employee satisfaction, where we strive to employ top talent and return to them an empowering and inclusive environment. We are diligent in monitoring the Employee Satisfaction Index (ESI) and implementing employee retention programs; retaining talent that is passionate about their work will deliver the best experience in all departments.

Our value for community means that reputation and experience are top priority. The Customer Service Index (CSI) is a tool we value to ensure our impact is entirely positive. We are relentless in ensuring our people, employees and clients alike, walk through our doors happy.

Our attitude spans far beyond our doors. We are passionate about offering best in class service, while being strong community leaders, with deep rooted family values. We will make our impact by being involved in the community, having an excellent relationship with the local government, and ensure an outstanding reputation with the Better Business Bureau. As a business we strive to increase market share and profitability, but we know that does not happen without the foundation that is built on the valuable people we employ and serve in our communities.




Thank you for taking the time to review our submission and approach to this opportunity. I'm not sure there is another candidate that is more passionate about Motorcars Honda than Foundation Automotive. We truly love the Honda brand and revere the opportunity to imbed ourselves in the local Cleveland Heights community.

An ideal match between our teams' passion and the long-standing reputation and promise of the Honda brand; we look forward to progressing forward with this opportunity, together.

Yours truly,

**Kevin Kutschinksi**
President & CEO
Foundation Automotive Corp.