## <u>AFFIDAVIT OF KEVIN KUTSCHINSKI</u>

BEFORE ME, the undersigned notary, on this day personally appeared Kevin Kutschinski, who, after being by me first duly sworn, did upon oath depose and say:

1.     "My name is Kevin Kutschinski. I am over the age of 18, of sound mind, and otherwise competent and authorized to make this affidavit. The facts stated in this affidavit are true and correct and are within my personal knowledge.

2.     "I am the Chief Executive Officer of Foundation Automotive Corporation, a Canadian company. FA OH HND, LLC is a Delaware limited liability company and an affiliate of Foundation Automotive Corporation (collectively, "Foundation Auto").

3.     "Motor Cars Inc. operated a motor vehicle dealership known and doing business as "Motorcars Honda", and its corporate affiliate operated a motor vehicle dealership known and doing business as "Motorcars Toyota".

4.     "Foundation Auto entered into a Management and Operations Agreement (the "Management Agreement") with Motor Cars Inc., by which Foundation Auto would manage the business operations of both dealerships, including selecting and employing all personnel necessary to service the business of the dealerships.

5.     "Pursuant to the Management Agreement, Foundation Auto agreed to employ personnel only on an at-will basis while the Agreement was in force.

6.     "Kenneth Banks was hired to work as General Manager of Motorcars Honda and Motorcars Toyota. He was an at-will employee and reported to Chuck Kramer and myself. Mr. Banks' first day of work was January 7, 2019.

7.     "Prior to beginning employment, Mr. Banks committed to providing Foundation Auto with CSI data and performance indicators from his previous dealerships.

