## AFFIDAVIT OF CHUCK GILE

BEFORE ME, the undersigned notary, on this day personally appeared Chuck Gile, who, after being by me first duly sworn, did upon oath depose and say:

1.    "My name is Charles Gile, a.k.a. Chuck Gile. I am over the age of 18, of sound mind, and otherwise competent and authorized to make this affidavit. The facts stated in this affidavit are true and correct and are within my personal knowledge."

2.    "I am the President of Motor Cars, Inc., an Ohio corporation. When Kenneth Banks was hired by Foundation Auto, Motor Cars Inc. operated a motor vehicle dealership known and doing business as "Motorcars Honda" and its corporate affiliate operated a motor vehicle dealership known and doing business as "Motorcars Toyota" (collectively with Motorcars Honda, "Motorcars")."

3.    "Motorcars entered into a Management and Operations Agreement (the "Management Agreement") with Foundation Auto, by which Foundation Auto would manage the business operations of both dealerships, including selecting and employing all personnel necessary to service the business of the Motorcars dealerships."

4.    "Pursuant to the Management Agreement, Foundation Auto agreed to employ personnel only on an at-will basis while the Management Agreement was in force."

5.    "I was not involved with the selection, interviewing, hiring, employment, or termination of Kenneth Banks."

6.    "I did not know that Kenneth Banks or any of his family members had a medical condition that might require accommodation in order to perform his job."

7.    "Kenneth Banks did not request a reasonable accommodation from me.



FURTHER AFFIANT SAYETH NAUGHT.

CHUCK GILE

THE STATE OF OHIO          §
                          §
COUNTY OF CUYAHOGA         §

SWORN TO AND SUBSCRIBED BEFORE ME by Chuck Gile on the 19TH day of October, 2019, to certify which witness my hand and seal of office.

Notary Public, State of Ohio

EUGENE FRIEDMAN
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

-2-