## AFFIDAVIT OF JEFF JEANS

BEFORE ME, the undersigned notary, on this day personally appeared Jeff Jeans, who, after being by me first duly sworn, did upon oath depose and say:

1.      "My name is Jeff Jeans. I am over the age of 18, of sound mind, and otherwise competent and authorized to make this affidavit. The facts stated in this affidavit are true and correct and are within my personal knowledge.

2.      "I am the Founder of HRFix, a Texas company. HRFix is a human resources consulting firm that provides a variety of services to clients throughout the country.

3.      "Chuck Kramer retained HRFix in February 2019 to provide human resources support related to Foundation Automotive Corporation's acquisition of a Cleveland-area Honda dealership.

4.      "In late February, 2019, Chuck Kramer notified me that Kenneth Banks, the general manager of Motorcars Honda, was not working out and that Foundation Automotive Corporation had decided to terminate Mr. Banks's employment. Chuck explained that Mr. Banks had not produced CSI data and performance information from the dealerships at which Mr. Banks previously worked. Chuck also said that Mr. Banks refused to follow company process, repeatedly attempted to make wholesale changes to the operation that were prohibited by the management agreement with Motor Cars Inc., and that Mr. Banks did not have the confidence of the staff.

5.      "On March 7, 2019, I personally met with Kenneth Banks and notified him that his employment was terminated, effective immediately. I offered him $30,000 in

-1-



severance pay, which amounted to three months' base salary. Mr. Banks officially worked for Foundation Automotive Corporation for two months, January 7, 2019- March 7, 2019.

6. "That evening, Mr. Banks called me and asked if Foundation Automotive Corporation would increase his severance pay and if he could continue living in the corporate housing unit that Foundation Automotive Corporation provided. He also asked whether he was terminated because he had MS. This was the first time I ever heard that Kenneth Banks had any medical condition.

7. "I asked Kenneth Banks whether he had been diagnosed with MS, to which he replied 'that's what my doctor thinks it is'. Mr. Banks told me that he was provided with paid time off of work to attend doctor's appointments. I reminded him that his employment was terminated because of the reasons discussed during our meeting that day, not because of a medical condition. I also said that I would check with Foundation Automotive Corporation to ask about increased severance and how long the company would continue to pay for corporate housing.

8. "The decision to terminate Kenneth Banks's employment had nothing to do with his medical condition nor with accommodating any medical condition.

9. "Mr. Banks did not request a reasonable accommodation from me at any time.

FURTHER AFFIANT SAYETH NAUGHT.

JEFF JEANS

THE STATE OF Ohio     §
                           §
COUNTY OF Cuyahoga     §

-2-

SWORN TO AND SUBSCRIBED BEFORE ME by Jeff Jeans on the _21_ day of October, 2019, to certify which witness my hand and seal of office.

_____

Notary Public, State of

DANIELA GUEVARA
Notary Public - State of Ohio
My Commission Expires
January 24, 2024

-3-