**Julia Smithers**

| | |
|---|---|
| **From:** | Ken Banks |
| **Sent:** | February 13, 2019 5:03 PM |
| **To:** | Chuck Kramer; Kevin Kutschinski |
| **Subject:** | Cleveland Market |

I always appreciate a healthy conversation I try my best to keep an open mind on everything.  I know I have a lot to learn and I am always open to constructive criticism.  I was just trying to be honest with how I am feeling.  Something you guys don't know that I am dealing with very recently I was diagnosed with MS(does not effect work at all) though I have 0 symptoms and I look to be as healthy as I am now in 20 years.  I am and will stay in fighting shape lol in addition my wife has a serious medical condition and we are still trying to have our first child.  So I am dealing with all those things and trying to find my place at the store.  It makes me very sensitive to comments that are made about me that may not be accurate.

I hope the take away from our conversation is I mean well and just want to have input when it comes to operating the store.  I am very capable of growing the business you can put it on my shoulders I will carry us to the finish line.

Some things that we should address is the desk.  All managers desk all deals new and used.  I dont know how I can separate the two departments I am open to input.  Because of the dual roles that's why I felt it was important to include CSI in the preowned managers pay plan.  Are we thinking that a used car manager just works used cars?  Give me guidance on this.  I also think the store can go with three managers Brian would have to desk deals.  I need a better understanding of the commitments we made to him.  If we told him that he would be a non desking GSM then I will keep the other manager on board.

It's very important we organize inventory it is costing us sales I need help from Toyota.  I think it would be a good idea to put all used cars from both stores in one area.  The Giles told me this was a horrible idea so I am at a stand still.

I think it would be a good idea to set up a BDC area in the store that would require some desk and computers how should we move forward with that.

These simple things would go a long way though our conversations can be tough at times I really do appreciate you guys listening.  I respect the hell out of both of you I am trying to get to where you are.  I dont know how to Express my sincerity but your advice does not fall on deaf ears and I will try to be a better manager with your leadership.

Thanks
Ken Banks

Get Outlook for Android



1