

**FOUNDATION**
AUTOMOTIVE CORP

December 27, 2018

**PRIVATE & CONFIDENTIAL**

Mr. Ken Banks
**[Address]**

**RE: PAY PLAN**

Dear Ken,

On behalf of Foundation Auto Holdings, LLC and its affiliates and subsidiaries (**"Foundation Auto"** or **"Employer"**), we are pleased to offer you (the **"Employee"**) the following pay plan in your roles at the following Foundation Auto dealership legal entities (the **"Dealerships"**), which we are partners in (the **"Pay Plan"**):

FA OH HND, LLC (f/k/a Motorcars Honda): **General Manager and Managing Partner**
FA ND TYTA, LLC (f/k/a Motorcars Toyota): **General Manager and Managing Partner**

The terms and conditions of your contract are as follows:

**Permanent Terms (to take effect on the date Foundation Auto closes the purchase of the Dealerships)**

*Title:*  As described above, subject to OEM application process

*Start Date:*  January 7, 2019

*Base Pay:*  $10,000 (Ten Thousand Dollars) per month base salary. Payment dates to be aligned with dealership pay dates. Salary shall be prorated for any partial months worked.

*Partnership Buy-In:*  25% investment on date of close of Dealerships purchase at valuation negotiated by Foundation Auto with sellers. *For illustrative purposes only: if the total equity required for the transaction is $1 million and Employee is buying 10% of the Dealership(s), then Employee's contribution for the 10% will be $100,000.*

*Net Profits Bonus:*  10% of Dealerships' net earnings before tax available as follows:

5% of monthly net earnings before tax paid out on first payroll date following completion of month end manufacturer financial statements



**EXHIBIT**

**1**

True up to 10% of annual net earnings before tax after year end financial statements have been reviewed by the external accountant. For greater clarity, true-up calculation will be 10% of Dealerships' annual net earnings before tax less any monthly (5%) bonuses already received, resulting in 10% total annual bonus.

*Guarantee:* Notwithstanding the *Base Pay* and *Net Profits Bonus* outlined herein, Employee will be entitled to $30,000.00/month minimum total *Base Pay* plus *Net Profits Bonus*. For greater clarity, should the *Base Pay* plus *Net Profits Bonus* not equal or exceed $30,000.00 in any given month, Employee will be paid $30,000.00 (Guarantee does not apply in months where *Base Pay* plus *Net Profits Bonus* exceeds or is equal to $30,000.00). Guarantee is to terminate six months after the dealerships purchase has closed.

*Pro-rata Distributions:* Any excess cash distributions or dividends from the Dealerships will be made on a pro-rata basis between Foundation Auto and Employee.

*Vacation:* 2 weeks

*Moving Allowance:* Employee shall be entitled to reimbursement of relocation expenses up to a maximum of $20,000 (expensed to the Dealerships).

*Living Allowance:* Employee shall be entitled to reimbursement of living expenses up to a maximum of $1,700 (expensed to the Dealerships) for the period between relocation and when the Dealerships purchase closes.

*Vehicle:* Employee shall be entitled to one demo vehicle for personal use and one demo vehicle for family use. Employee will be taxed in accordance with IRS Rules governing this fringe benefit. Employee agrees to be bound to and abide by the Foundation Auto policy regarding Demonstrator Vehicles.

*General:* The Pay Plan supersedes and previous written or oral discussions or agreements that you had concerning your compensation. The Pay Plan may only be changed by written agreement between Employee and the CEO or COO of Foundation Auto.

*Partnership Agreement:* Employee and Foundation Auto have entered into a Partnership Agreement. If there is a conflict between the terms of this Pay Plan and the Partnership Agreement, the Partnership Agreement shall be referred to as correct.

*Miscellaneous:* The Pay Plan does not alter or affect any of the policies and procedures of Foundation Auto or the Dealerships, all of which the Employee agrees to abide by.

### Health, Life and Disability Insurance

Foundation Auto will provide group Health, Life and Disability insurance coverage on the same terms and coverage as other Dealer Principles in the Foundation Auto group. Employee and Foundation Auto will share the cost of the coverage with Employee paying 50% of the premiums.

### Policies & Procedures

You agree that you will adhere to all Foundation Auto and the Dealerships policies, rules, systems and procedures which are in place, and which have been included in your hiring package. The policies and procedures form part of your agreement with Foundation Auto and should be reviewed prior to signing this agreement. Any breach or failure to adhere to these policies may justify the termination of your employment for cause.

You understand and agree that your work location, hours of work, duties, responsibilities, and the policies and procedures of Foundation Auto may be changed by Foundation Auto in its sole discretion without causing termination of this agreement from time to time.

### Termination of Relationship

Your employment may be terminated by you or Foundation Auto in the following circumstances:

a) Breach of any of the terms set out in the Partnership Agreement;

b) by Foundation Auto, at any time, for just cause/willful misconduct, without notice or pay in lieu of notice;

c) by you, pursuant to the termination provisions outlined in the Partnership Agreement.

You acknowledge that such entitlement is your full and sole entitlement to reasonable notice and severance in the event of a termination without cause. This includes any and all claims that you may have against Foundation Auto or any of its past or present officers, executives, directors, employees and agents in relation to your employment with us and the termination of your employment, including but not limited to those under the applicable.

### Confidentiality

As an employee of Foundation Auto, you are vested with a trust to maintain confidentiality. You must maintain in confidence and not disclose or use, whether during or after the term of your employment, except as required in connection with the performance of your duties with Foundation Auto, any confidential information belonging to Foundation Auto, its investors and its affiliates, including, but not limited to clients, accounts, prices and costs, information concerning products and services, trade secrets, computer programs, data, processes, know-how, designs, formulas, source code, object code, programs, methods, samples, developmental or experimental work, improvements, new products, marketing and selling, business plans, budgets and unpublished financial statements, licenses, information regarding the skills and compensation of other employees of Foundation Auto, and confidential knowledge or other proprietary information of Foundation Auto.

## Full Time and Attention

During the term of your employment with Foundation Auto, you also agree not to engage in any other employment, consulting, or other activity in any business without Foundation Auto's formal prior written consent. You must receive approval before engaging in any of the aforementioned activities. Failure to do so may result in the termination of your employment for cause.

## Non-Solicitation of Customers, Customer Prospects, and Vendors

You covenant and agree that during the term of your employment with the Employer and for twelve (12) months after the termination thereof, regardless of the reason for the employment termination, you will not, directly or indirectly, solicit or attempt to solicit any business from any of the Employer's customers, customer prospects, or vendors with whom you had material contact during your employment with the Employer.

## Non-Solicitation of Employees

You covenant and agree that during the term of your employment with the Employer and for twelve (12) months after the termination thereof, regardless of the reason for the employment termination, you will not, directly or indirectly, on your own behalf or on behalf of or in conjunction with any person or legal entity, recruit, solicit, or induce, or attempt to recruit, solicit, or induce, any non-clerical employee of the Employer with whom you had personal contact or supervised while performing your job duties, to terminate their employment relationship with the Employer.

## Non-Competition

You covenant and agree that during the term of your employment with the Employer and for twelve (12) months after the termination thereof, regardless of the reason for the employment termination, you will not, directly or indirectly engage in any business or enterprise (whether as owner, partner, officer, director, employee, consultant, independent contractor, investor, lender or otherwise, except as the holder of not more than 1% of the outstanding stock of a company) that directly or indirectly competes with Employer's business or the business of any of its subsidiaries or affiliates, any business or enterprise that develops, manufactures, markets, or sells any product or service that competes with any product or service developed, manufactured, marketed or sold, or planned to be developed, manufactured, marketed or sold, by Employer or any of its subsidiaries while the Employee was employed by Employer or any of its subsidiaries, within a sixty (60) mile radius of the Dealerships.

## Severability

In the event that any provision or part of this agreement shall be deemed void or invalid by a court of competent jurisdiction, the remaining provisions or parts shall be and remain in full force and effect.

## Entire Agreement

This agreement constitutes the entire understanding between you and Foundation Auto, supersedes all prior oral or written communications, agreements or prospects and may be amended or modified only in writing signed by both parties.

For greater certainty, you agree that no other representations or promises have been made to you by Foundation Auto or its employees outside of this agreement and the affixed/referenced policies and procedures, and that you have not been enticed to leave secure employment.

If you agree with all of the terms and conditions above, please indicate your formal acceptance of this offer of employment by signing two copies, retaining one copy for your records and forwarding the second to my attention prior to the close of business on January 7, 2019, after which this offer becomes null and void.

Ken, we look forward to continuing our work together.

Yours truly,


Kevin Kutschinski
CEO
Foundation Auto Holdings, LLC

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EMPLOYEE'S AGREEMENT**

By signing below, I hereby acknowledge and agree that:

(a)  I have had sufficient time to review this Agreement thoroughly;

(b)  I have read and understand the terms of this Agreement and the obligations hereunder;

(c)  I have been given an opportunity to obtain independent legal advice concerning the interpretation and effect of this Agreement; and

(d)  I have received a copy of this Agreement for my personal files.

12/28/2018
**Date**

**Ken Banks**