

---------- Forwarded message ---------
From: **Ken Banks** <kenb@foundationauto.com>
Date: Thu, Jan 10, 2019, 3:25 PM
Subject: Re: Cleveland
To: Kevin Kutschinski <kevink@foundationauto.com>
Cc: ken banks <kbanks936@gmail.com>, Chuck Kramer <chuckk@foundationauto.com>, Derek Slemko <dereks@foundationauto.com>


I think we wait until the Foundation team is here i.e Kevin, Chuck, and Derek are here so we can announce and introduce the company.   Before the announcement if we can inform the Giles to allow me to have full decision making over both stores that would be helpful.  In addition to full decision making they should refer all employee concerns to me.

Thanks
Ken Banks


Get Outlook for Android

---

**From:** Kevin Kutschinski
**Sent:** Thursday, January 10, 2019 2:33:49 PM
**To:** Ken Banks
**Cc:** ken banks; Chuck Kramer; Derek Slemko
**Subject:** Re: Cleveland

Thanks Ken,

I won't be in town tomorrow, likely 2 weeks.

 **Kevin Kutschinski**
**Foundation Automotive Corp**
 President & CEO
 D: 403-457-9896   520, 2424-4th St SW
 C: 403-990-9908   Calgary, AB T2S 2T4


On Jan 10, 2019, at 2:06 PM, Ken Banks <kenb@foundationauto.com> wrote:



I would suggest we start with evaluating the benefits to Foundation of success now VS later.  I can certainly maintain if we feel it would be better for me to steer the ship if we want to announce later.  I would prefer to announce ASAP so the Giles get out of my hair and staff talks to me vs the Giles.  I am ready to go with my investment when you guys are ready to go I will be ready to close on the partnership within 60 days.

Kevin it is my understanding that you may be in Cleveland Friday to visit with the Giles if so that may be a good time to announce if we want to announce sooner.

Thanks
Ken Banks

Get Outlook for Android

---

**From:** Chuck Kramer
**Sent:** Thursday, January 10, 2019 12:33:49 PM
**To:** Kevin Kutschinski; ken banks
**Cc:** Derek Slemko; Ken Banks
**Subject:** Cleveland

Team,

What are your thoughts to have a conference call to discuss a possible strategy to introduce Foundation at the future owners of Motorcars.

I spoke to Trevor yesterday and he thinks it may be a good idea to announce at the end of the month..??

Thoughts??

Also..We need to discuss the possible closing date…

If all goes well we will be closing at the end of March..

We just need to have a quick conversation about the investment time line for Ken… What are your thoughts Ken?

**Chuck Kramer**

Chief Operating Officer

C: 832-519-6338

520, 2424-4th St SW Calgary, AB T2S 2T4