## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

KENNETH BANKS, )
)
      Plaintiff, )
) CASE NO.: 1:20-cv-02026-DAR
v. )
) JUDGE DAVID A. RUIZ
FOUNDATION AUTOMOTIVE )
CORP., *et al.,* )
)
      Defendants. )

### DECLARATION OF CARL DAHLEN PURSUANT TO 28 U.S.C. 1746

I, CARL DAHLEN, hereby declare under penalty of perjury:

1.    I am the Director of Legal and General Counsel (Canada) for Foundation Automotive Corp., and have been employed in this role since April 5, 2021.

2.    Based upon my investigation and review of Foundation Automotive Corp. records, Foundation Automotive Corp. closed on the purchase of Motorcars Honda located at 2953 Mayfield Heights, OH 44118, from Motor Cars, Inc. on August 30, 2019.

3.    Based upon my investigation and review of Foundation Automotive Corp. records, Foundation Automotive Corp.'s efforts to obtain dealer approval and purchase Motorcars Toyota, located at 2950 Mayfield Rd, Cleveland Heights, OH 44118 fell through on or about July 10, 2019.

4.    Based upon my investigation and review of Foundation Automotive Corp. records, Foundation Automotive Corp. closed on the sale of the Honda dealership, purchased from Motor Cars, Inc. referenced earlier, on October 19, 2021.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.



EXHIBIT

K

Executed on: February 28, 2023

By:_____

Carl Dahlen

2