

---------- Forwarded message ---------
From: **Ken Banks** <kenb@foundationauto.com>
Date: Mon, Feb 18, 2019, 5:04 PM
Subject: Fwd: Image
To: ken banks <kbanks936@gmail.com>

Get Outlook for Android

---

**From:** Ken Banks
**Sent:** Thursday, January 17, 2019 12:56:25 PM
**To:** Chuck Kramer
**Cc:** Kevin Kutschinski; Derek Slemko
**Subject:** Image

Guys it is very disappointing that I have to search through our txt to verify what was told to me.  I do not want this type of relationship you write checks I make money.  Complete autonomy is all I need.



Get Outlook for Android

---

**From:** Ken Banks
**Sent:** Thursday, January 17, 2019 12:04:42 PM
**To:** Chuck Kramer
**Cc:** Kevin Kutschinski; Derek Slemko
**Subject:** Re: Comerica Checklist

I have also been very transparent that I did not have the personal wealth to bring in my own funds.  I have said from the start that "we" would have to secure a loan for me.  I even asked scenario what happens if I do not get a loan.  In that scenario I would be the GM of both store and I would have to take a "slow burn" and buy equity over time. "The only issue would be ownership".  Guys I told you specifically how much money I had.  That number has gone down for personal reasons.  I am less concerned right now with my buy in vs having a job in 90 days.  I was very very clear about this.  You guys can certainly tell me you dont want to gaurentee the loan ken and I can find other options.  But now we have and issue with my relocation, what was we will sail thru the OEM approval process.  Is now if we get approved.

1
Banks 664

EXHIBIT

L

To put it clear I had a very comfortable job in NY that paid the same.  I left that job because of the opportunity that you presented.  Kevin you asked how will the bank secure its loan and gave a scenario, it is backed by "common stock".  I told Comerica that and they wanted to move forward.  Now that is an issue.  I am not sure why these things are coming up now that I have quite my job, broke my lease, and left my wife.

Thanks
Ken Banks

Get Outlook for Android

---

**From:** Chuck Kramer
**Sent:** Thursday, January 17, 2019 11:42:59 AM
**To:** Ken Banks
**Cc:** Kevin Kutschinski; Derek Slemko
**Subject:** Re: Comerica Checklist

My thoughts

We need to really take some time to talk about this...

This is not what we discussed or agree on from the start of conversation.

All of the potential operators have equity in the deal to be the managing partner.

We need to stay firm in our business model.

I live by the rule ..

Low level of entry or a low level of exit..

The other operators have invested their own capitol to be the DP or managing partner.

My opinion...

We do not need to leverage 25% of our company.

We have the capitol to buy the  stores ...

The goal was to get a person in the dealership that has personal equity and can obtain their own funds.

This business model is not fair to the people we already have in our company.

I have invested all my personal assets and my my home to be a part of this company and if start allowing a person to come In with zero equity it will drastically change our approach for recruiting and the way we deal with our future operators.

We have been transparent from day one ...

We was assured we had a candidate that could secure the required to buy a percentage of the dealership.

It seems this has changed so we need to discuss how to procedure forward.

Banks 665

It is not in our best interest to leverage 25% of our dealership.

I will be in this meeting for the next few hours.

We will have a conference later this afternoon.

Chuck Kramer

On Jan 17, 2019, at 10:26 AM, Ken Banks <kenb@foundationauto.com> wrote:

> Comerica requires some personal info from me here are the things you can help me with.  I have a couple options with lending but I prefer to stick with Comerica let me know if you have any concerns after our call so I can address them early.
>
> NDA
>
> Background info on the Foundation Group
>
> Last 4 (2018, 2017, 2016, 2015) 12/31 dealer financial statements for the Honda / Toyota dealership
>
> Last 3 tax returns  (2017, 2016, 2015) for the Honda/Toyota dealership (or whatever type of CPA statement is available)
>
> Projections for the Honda / Toyota dealership
>
>
> Thanks
> Ken Banks
>
> Get Outlook for Android

Banks 666