To   : Chuck Kramer
Date : 12/6/2018, 12:17 PM
Sounds good.

To   : Chuck Kramer
Date : 12/6/2018, 12:37 PM
What if I move and we have and my loan is not complete in 60 day I don't forsee a problem but it seems I could have a lot of exsposure.

From : Chuck Kramer
Date : 12/6/2018, 12:47 PM
We all could  But we have all of December  Jan and Feb to get it done   We would have to make sure   The only issue would be ownership   You would just b

From : Chuck Kramer
Date : 12/6/2018, 12:47 PM
e a GM

From : Chuck Kramer
Date : 12/6/2018, 12:49 PM
Until the you close on the partnership  We will not let you go   It is a great opportunity and if your the right guy we want you to run the stores

To   : Chuck Kramer
Date : 12/6/2018, 12:56 PM
OK great we are on the same page I will review all sent documents tonight. make sure I have my wife's full support we can chat again tomorrow or over the weekend.

From : Chuck Kramer
Date : 12/6/2018, 12:57 PM
Ok great

From : Chuck Kramer
Date : 12/6/2018, 12:58 PM
I was a Ford Dealer for over 20 years on and off   I like my change better with Toyota and Honda in the next 10 years for sure

To   : Chuck Kramer
Date : 12/7/2018, 6:42 AM
I read the decks in dropbox most of my questions are around our route to put a deal together.  I spoke with my lenders they are interested also.  I can meet in Cleveland on the 16th or the 23rd.  I think my wife and I fly in on a sat evening we will leave on Sunday evening.

To   : Chuck Kramer
Date : 12/7/2018, 7:01 AM
When I say a 'deal' I mean GM pay and GM structure I understand I can buy 25%.  On either store

From : Chuck Kramer
Date : 12/7/2018, 10:03 AM
Yes sir  I am in Calgary today   I will meet with Kevin  And look at our schedules



3
BANKS 122