Things are crazy busy

To   : Kevin President
Date  : 1/15, 1:11 PM
Not at all, we have many years of dinner lol.

From : Kevin President
Date  : 1/15, 1:11 PM
That's very true

From : Kevin President
Date  : 1/15, 1:26 PM
Can you send Rob over?

To   : Kevin President
Date  : 1/15, 1:29 PM
He has stepped out I will find him and send him right over

From : Kevin President
Date  : 1/15, 1:29 PM
Cool

To   : Kevin President
Date  : 1/15, 1:44 PM
Rob is on his way now.  Do you think I should find a house here or is it better to wait.  If this deal does not work I am a foundation employee.  I probably won't go to North Dakota but I will be happy most places 😉

From : Kevin President
Date  : 1/15, 3:04 PM
Maybe wait, I think it's a 99% chance of approval though

From : Kevin President
Date  : 1/15, 3:34 PM
I'll give you a call from the airport

To   : Kevin President
Date  : 1/15, 3:36 PM
Great no problem

To   : Kevin President
Date  : 1/16, 7:07 AM
My feelings are hurt now..... Joke lol, give me a call whenever you are free 👍

To   : Kevin President
Date  : 1/16, 10:08 AM
Just to be clear I work M-F 8:30 to 5:30 and Sat till noon.  I do understand employee perception but I do not want you to think I am here part time 👍 Have a great day boss.

From : Kevin President
Date  : 1/16, 12:02 PM
Thinking out loud, should we wait to organize the move after the Giles have forfeited operational control? I'm not worried, better to be cautious for a f

EXHIBIT

N